Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

EUSTACE A. MENDEZ

_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

JOSEPH KESSLER
NANCY HARVEY
JUSTINE PRUYNE
JUSTINE DRISCOL

_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. ___**23 CV 0042**(**JLS**)___

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☐ Yes  ☐ No

UNITED STATES DISTRICT COURT
FILED
JAN 19 2023
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

# COMPLAINT FOR EMPLOYMENT DISCRIMINATION

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | EUSTACE A. MENDEZ |
| Street Address | 211 DAVEN DRIVE |
| City and County | GETZVILLE - ERIE |
| State and Zip Code | NEW YORK 14068 |
| Telephone Number | 7166890538 |
| E-mail Address | eustacem716@gmail.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | JOSEPH KESSLER for NEW YORK POWER AUTHORITY |
| Job or Title *(if known)* | CHIEF OPERATING OFFICER |
| Street Address | WITMER ROAD |
| City and County | NIAGARA FALLS, NIAGARA |
| State and Zip Code | NEW YORK 14092 |
| Telephone Number | (716) 286-6000 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | NANCY HARVEY for NEW YORK POWER AUTHORITY |
| Job or Title *(if known)* | CHIEF DIVERSITY OFFICER |
| Street Address | 123 MAIN STREET |
| City and County | WHITE PLAINS |
| State and Zip Code | NEW YORK |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | JUSTIN DRISCOLL for NEW YORK POWER AUTHORITY |
| Job or Title *(if known)* | PRESIDENT |
| Street Address | 123 MAIN STREET |
| City and County | WHITE PLAINS |
| State and Zip Code | NEW YORK |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | JUSTIN PRUYNE |
| Job or Title *(if known)* | 123 MAIN STREET |
| Street Address | WHITE PLAINS |
| City and County | NEW YORK |
| State and Zip Code | NEW YORK |
| Telephone Number | |
| E-mail Address *(if known)* | |

## C.     Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | NEW YORK POWER AUTHORITY |
| Street Address | WITMER ROAD |
| City and County | NIAGARA FALLS, NIAGARA |
| State and Zip Code | NEW YORK 14092 |
| Telephone Number | (716) 286-6000 |

## II.     Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑     Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑     Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐     Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐     Other federal law *(specify the federal law)*:

☐     Relevant state law *(specify, if known)*:

☐     Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

| | |
|---|---|
| ☐ | Failure to hire me. |
| ☐ | Termination of my employment. |
| ✓ | Failure to promote me. |
| ☐ | Failure to accommodate my disability. |
| ✓ | Unequal terms and conditions of my employment. |
| ✓ | Retaliation. |
| ☐ | Other acts *(specify)*:    Failure to complete Annual Evaluation as opposed to all others. |

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

On or around 2005 a position came up for a Mechanical Superintent.At all times material plaintiff was qua

C.    I believe that defendant(s) *(check one)*:

| | |
|---|---|
| ✓ | is/are still committing these acts against me. |
| ☐ | is/are not still committing these acts against me. |

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

| | | |
|---|---|---|
| ✓ | race | _____ |
| ☐ | color | _____ |
| ☐ | gender/sex | _____ |
| ☐ | religion | _____ |
| ☐ | national origin | _____ |
| ✓ | age *(year of birth)* | _____    *(only when asserting a claim of age discrimination.)* |
| ☐ | disability or perceived disability *(specify disability)* | |

_____

E.    The facts of my case are as follows.  Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

On or around 2003, the position of Mechanical Superintendent became vacant. Plaintiff was qualified, and experienced for said position. A White male Plumber, hired as a janitor in another department, was place in this position. After being in said position for appx 3-5 months, the department advertised the job internally. Plaintiff applied for said position, and after a few days, was notified by the Departmenttha that it was removing the Engineering qualifications from the job description, which qualified plaintiff. As a result, the Department effectively eliminated this qualified Black/Asian plaintiff from applying for this job, and selected, and promoted the White unqualified employee for said job. After plaintiff complained to the internal EEO, said agent refused to investigate this complaint, notwithstanding, this racial  harm    [+]

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.   Exhaustion of Federal Administrative Remedies

A.      It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
Internal EOC appx. 2005, 2010. 2018
EEOC  2/1/2022

B.      The Equal Employment Opportunity Commission *(check one)*:

☐        has not issued a Notice of Right to Sue letter.

☐        issued a Notice of Right to Sue letter, which I received on *(date)*   11/02/2021        .

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.      Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☑        60 days or more have elapsed.
☐        less than 60 days have elapsed.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Because plaintiff has been denied the position which it seeks, and was essentially blocked by the Defendants from being promoted to any upper Management Track, plaintiff has been damaged thereby loosing approximately $100,000.00 per year for approximately 15 years. Plaitiff is entitled to more than 1.5 million dollars, plus damages for Intentional Infliction of Emotional Distress, in addition to any other damages, the Court deems just and proper.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   1/19/23

Signature of Plaintiff

Printed Name of Plaintiff   EUSTACE A. VO(E)NDEZ

### B.   For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Street Address _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____

**III Statement of Claim**

The plaintiff is entitled to damages and any other remedy the Court find just and proper.

1. Defendants **JUSTINE PRUYNE and NANCY  HARVEY**– Internal Investigators **refused to properly investigate** the complaint filed by plaintiff. **Harry Francois**, the Plant Manager to whom plaintiff reported had a vacancy for Department head. Mr. Francois placed plaintiff in said job vacancy for approximately 4 months. During this time Mr. Francois created 2 vacancies for the same position – General Maintenance, and Mechanical Maintenance, which cumulated into 2 department heads. Those 2 positions were awarded to 2 employees, who were reporting to plaintiff before they were awarded these jobs. Due to this creation plaintiff was left without a position. Having realized this grave injustice, Harry Francois created a new position called Principal Engineer for plaintiff. Plaintiff is now left without any employees reporting to plaintiff, as such losing, the benefit of becoming a manager, i.e. with no hope of moving up in the managerial track.

**3. JUSTINE DRISCOL CEO**
Approximately 2-3  years ago,  plaintiff expressly requested that he investigated the general discrimination that was caused upon plaintiff. These included **Matthew Phipps** refusal to give plaintiff a Performance Evaluation in 2011, and Pete Watkin's decision to award plaintiff a poor evaluation for reporting a safety evaluation, which could cost the Department Thousands of dollars.  **Justine Driscol** refused to investigate.

**4. JOSEPH KESSLER – PLANT MANAGER Promoted to Chief Operating Officer**
Plaintiff was qualified for a job that was not posted but was offered to an employee **Pete Watkins** without the benefit of the required interview process. When said White employee failed at the job, the Department's Joseph failed to investigate

Complaint Discrimination

On or around 2003, the position of Mechanical Superintendent became vacant. Plaintiff was qualified, and experienced for said position. A White male Plumber, hired as a janitor in another department, was place in this position. After being in said position for appx 3-5 months, the department advertised the job internally. Plaintiff applied for said position, and after a few days, was notified by the Departmental that it was removing the Engineering qualifications from the job description, which qualified plaintiff. As a result, the Department effectively eliminated this qualified Black/Asian plaintiff from applying for this job, and selected, and promoted the White unqualified employee for said job. After plaintiff complained to the internal EEO, said agent refused to investigate this complaint, notwithstanding, this racial harm committed on plaintiff. Because this racial discrimination has been a continuing occurrence, where Plaintiff has been subject to disparate/differential treatment,